UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ROBERT D. SHAVER ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:18-CV-272-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITHOUT** |
| LIFE INSURANCE COMPANY OF ) | **PREJUDICE** |
| NORTH AMERICA, ) | |
| ) | |
| Defendant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by counsel that settlement has been reached on all matters in this case [R. 9],

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to redocket this action upon application to this Court.

August 16, 2018

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court

cc:   Counsel of Record

- 1 -