UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ROBERT D. SHAVER ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO 3:18-cv-272-CHB |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA ) | |
| ) | |
| DEFENDANT ) | |

## AGREED ORDER

Plaintiff, Robert D. Shaver, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice and stricken from the Court's docket with each party to be responsible for its own attorneys' fees and costs.

**HAVE SEEN AND AGREED:**

/s/ Daniel E. Moriarty w/permission by M. Wyrick
Daniel E. Moriarty
Daniel E. Moriarty, PLLC
301 E. Main Street, Suite 720
Lexington, Kentucky 40507
***Counsel for Plaintiff***

/s/Mitzi D. Wyrick
Mitzi D. Wyrick
Wyatt, Tarrant & Combs, LLP
mitziwyrick@wyattfirm.com
***Counsel for Defendants***

61765637.1